**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy
12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---------|-------------------|

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** | | |
| Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **Donald**<br>First name | <br>First name |
| | **Michael**<br>Middle name | <br>Middle name |
| Bring your picture identification to your meeting with the trustee. | **Allan**<br>Last name and Suffix (Sr., Jr., II, III) | <br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-4597** | |

Debtor 1   __Donald Michael Allan__                                           Case number *(if known)* _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

■ I have not used any business name or EINs.

Business name(s)
_____

EINs _____

☐ I have not used any business name or EINs.

Business name(s)
_____

EINs _____

**5. Where you live**

**15914 Willow Creek Rd.**
**Lewes, DE 19958**
Number, Street, City, State & ZIP Code

**Sussex**
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number, Street, City, State & ZIP Code

_____
County

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Debtor 1   __Donald Michael Allan__                                    Case number *(if known)* _____

---

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7.   The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

---

**8.   How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.   Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.   Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

**11.   Do you rent your residence?**

■ No.   Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you?

☐   No. Go to line 12.

☐   Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Debtor 1   __Donald Michael Allan_____   Case number *(if known)* _____

## Part 3:   Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

☐ No.   I am not filing under Chapter 11.

■ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4:   Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____

_____
Number, Street, City, State & Zip Code

Debtor 1   **Donald Michael Allan**                                                                  Case number *(if known)* _____

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ I am not required to receive a briefing about credit counseling because of:

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ I am not required to receive a briefing about credit counseling because of:

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Donald Michael Allan**                                                                 Case number (if known) _____

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16.** **What kind of debts do you have?**

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

_____

**17.** **Are you filing under Chapter 7?**

■ No.    I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18.** **How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19.** **How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20.** **How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

_____          _____
**Donald Michael Allan**                             Signature of Debtor 2
Signature of Debtor 1

Executed on   **July 17, 2019**                      Executed on  _____
              MM / DD / YYYY                                       MM / DD / YYYY

Debtor 1   __Donald Michael Allan__                                    Case number *(if known)*   _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

_signature_

Signature of Attorney for Debtor

Date   __July 17, 2019__
MM / DD / YYYY

__Shannon D. Humiston (No. 5740)__
Printed name

__McCarter & English, LLP__
Firm name

__405 N. King Street, 8th Floor__
__Renaissance Centre__
__Wilmington, DE 19801__
Number, Street, City, State & ZIP Code

Contact phone   __302-984-6300__          Email address   __shumiston@mccarter.com__

__5740 DE__
Bar number & State

---

Official Form 101                    Voluntary Petition for Individuals Filing for Bankruptcy                    page 7

**Fill in this information to identify your case:**

Debtor 1    Donald Michael Allan
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Debtor 2
(Spouse if, filing)　First Name　　　　　Middle Name　　　　　Last Name

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number
(if known)

☐ Check if this is an amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders　　12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:　List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Unsecured claim**

**1**　18226 Coastal Revex, LLC
46 Goose Briar Ln
Milford, DE 19963

What is the nature of the claim?　　　　$ **$0.00**

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)　$
　　Value of security:　- $
　　Unsecured claim　$

Contact

Contact phone

**2**　Amex
P.O. Box 650448
Dallas, TX 75265-0448

What is the nature of the claim?　　　　$ **$23,511.47**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)　$
　　Value of security:　- $

Contact

B104 (Official Form 104)　For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims　Page 1

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com　Best Case Bankruptcy

Debtor 1   __Donald Michael Allan_____   Case number *(if known)*   _____

      Contact phone                                              Unsecured claim         $ _____

---

| **3** | |
|---|---|

**Amex**
P.O. Box 650448
Dallas, TX 75265-0448

**What is the nature of the claim?** _____   $ **$5,921.67** _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No

Contact

- ☐ Yes. Total claim (secured and unsecured)   $ _____
  - Value of security:   - $ _____
  - Unsecured claim   $ _____

Contact phone

---

| **4** | |
|---|---|

**BBR Investments LLC**
c/o The Cadle Co.
100 N. Center St.
Newton Falls, OH 44444

**What is the nature of the claim?**   Mortgage on 15914 Willow Creek Rd., Lewes, DE  19958   $ **$460,000.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ☐ No

Contact

- ■ Yes. Total claim (secured and unsecured)   $ **$460,000.00**
  - Value of security:   - $ **$0.00**
  - Unsecured claim   $ **$460,000.00**

Contact phone

---

| **5** | |
|---|---|

**BBR Investments LLC**
c/o The Cadle Co.
100 N. Center St.
Newton Falls, OH 44444

**What is the nature of the claim?**   Mortgage on 15914 Willow Creek Rd., Lewes, DE   $ **$275,000.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ☐ No

Contact

- ■ Yes. Total claim (secured and unsecured)   $ **$635,000.00**
  - Value of security:   - $ **$360,000.00**
  - Unsecured claim   $ **$275,000.00**

Contact phone

---

| **6** | |
|---|---|

**BBR Investments LLC**

**What is the nature of the claim?**   Morgage on 1107 Aiken Ext, Perryville, MD   $ **$80,000.00**

---

B 104 (Official Form 104)        For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        Page 2

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor 1    __Donald Michael Allan__                                    Case number *(if known)*    _____

c/o The Cadle Co.
100 N. Center St.
Newton Falls, OH 44444

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured)     $ $200,000.00
  Value of security:                            - $ $120,000.00
  Unsecured claim                                $ $80,000.00

Contact

Contact phone

---

**7**

BBR Investments LLC
c/o The Cadle Co.
100 N. Center St.
Newton Falls, OH 44444

**What is the nature of the claim?**    **All assets of the Debtor**    $ Unknown

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured)     $ $175,000.00
  Value of security:                            - $ Unknown
  Unsecured claim                                $ Unknown

Contact

Contact phone

---

**8**

Capital One
Midland Credit Management
350 Camino DeLa Reina, Ste. 100
San Diego, CA 92108

**What is the nature of the claim?**    _____    $ $8,880.05

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)     $ _____
  Value of security:                            - $ _____
  Unsecured claim                                $ _____

Contact

Contact phone

---

**9**

Capital One
Midland Credit Managment
350 Camino DeLa Reina, Ste. 100
San Diego, CA 92108

**What is the nature of the claim?**    _____    $ $8,443.26

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)     $ _____

Contact

---

B 104 (Official Form 104)      For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims      Page 3

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    __Donald Michael Allan_____    Case number *(if known)* _____

☐

Contact phone

Value of security:              - $ _____
Unsecured claim                 $ _____

---

**10**

**Capital One**
**Midland Credit Managment**
**350 Camino DeLa Reina, Ste. 100**
**San Diego, CA 92108**

**What is the nature of the claim?** _____    $ **$7,478.13**

**As of the date you file, the claim is:** Check all that apply
☐    Contingent
☐    Unliquidated
☐    Disputed
■    None of the above apply

**Does the creditor have a lien on your property?**

■    No

Contact

☐    Yes. Total claim (secured and unsecured)    $ _____
                Value of security:              - $ _____
Contact phone                Unsecured claim              $ _____

---

**11**

**Chrysler Capital**
**P.O. Box 961279**
**Fort Worth, TX 76161**

**What is the nature of the claim?**    **2016 Dodge Caravan    $ $9,499.66**
**49,000 miles**

**As of the date you file, the claim is:** Check all that apply
☐    Contingent
☐    Unliquidated
■    Disputed
☐    None of the above apply

**Does the creditor have a lien on your property?**

☐    No

Contact

■    Yes. Total claim (secured and unsecured)    $ **$21,947.66**
                Value of security:              - $ **$12,448.00**
Contact phone                Unsecured claim              $ **$9,499.66**

---

**12**

**Chrysler Capital**
**P.O. Box 961279**
**Fort Worth, TX 76161**

**What is the nature of the claim?**    **2014 Dodge Caravan    $ $1,700.00**
**60,000 miles**

**As of the date you file, the claim is:** Check all that apply
☐    Contingent
☐    Unliquidated
■    Disputed
☐    None of the above apply

**Does the creditor have a lien on your property?**

☐    No

Contact

■    Yes. Total claim (secured and unsecured)    $ **$6,700.00**
                Value of security:              - $ **$5,000.00**
Contact phone                Unsecured claim              $ **$1,700.00**

---

**13**

**Citibank, N.A.**
**c/o Citibank USA Sears**
**P.O. Box 20363**

**What is the nature of the claim?** _____    $ **$2,108.78**

---

B 104 (Official Form 104)        For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        Page 4

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    **Donald Michael Allan**                                    Case number *(if known)* _____

**Kansas City, MO 64195**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:                            - $ _____
    Unsecured claim                                $ _____

Contact _____

Contact phone _____

---

| 14 | | |
|---|---|---|

**Citizens One**
**Consumer Loan Servicing**
**JCB210**
**P.O. Box 42033**
**Providence, RI 02940-2033**

**What is the nature of the claim?**    **2016 Jeep Renegade**    $ **$5,561.26**
**42000 miles**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ☐ No
- ■ Yes. Total claim (secured and unsecured)    $ **$21,511.26**
    Value of security:                            - $ **$15,950.00**
    Unsecured claim                                $ **$5,561.26**

Contact _____

Contact phone _____

---

| 15 | | |
|---|---|---|

**Credit One Bank**
**P.O. Box 60500**
**City of Industry, CA 91716**

**What is the nature of the claim?** _____    $ **$185.05**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:                            - $ _____
    Unsecured claim                                $ _____

Contact _____

Contact phone _____

---

| 16 | | |
|---|---|---|

**First Premier Bank**
**P.O. Box 5529**
**Sioux Falls, SD 57117-5529**

**What is the nature of the claim?** _____    $ **$212.25**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____

Contact _____

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 6

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Donald Michael Allan** _____    Case number *(if known)* _____

| | |
|---|---|
| _____ | Value of security:         - $ _____ |
| Contact phone | Unsecured claim            $ _____ |

---

**17**

**First Premier Bank**
**P.O. Box 5529**
**Sioux Falls, SD 57117-5529**

**What is the nature of the claim?** _____    $ **$669.26**

**As of the date you file, the claim is:** Check all that apply
☐    Contingent
☐    Unliquidated
■    Disputed
☐    None of the above apply

**Does the creditor have a lien on your property?**

■    No
☐    Yes. Total claim (secured and unsecured)    $ _____

Contact
_____
Contact phone
_____

Value of security:         - $ _____
Unsecured claim            $ _____

---

**18**

**Mercedes-Benz Financial Service**
**USA LLC**
**Box 5209**
**8430 West Bryn Mawr Ave., 3rd**
**Fl.**
**Chicago, IL 60631**

**What is the nature of the claim?**    2017 Mercedes GLS    $ **$3,338.00**
450 6000 miles

**As of the date you file, the claim is:** Check all that apply
☐    Contingent
☐    Unliquidated
■    Disputed
☐    None of the above apply

**Does the creditor have a lien on your property?**

☐    No
■    Yes. Total claim (secured and unsecured)    $ **$68,000.00**

Contact
_____
Contact phone
_____

Value of security:         - $ **$64,662.00**
Unsecured claim            $ **$3,338.00**

---

**19**

**Merrick Bank**
**P.O. Box 660175**
**Dallas, TX 75226-0175**

**What is the nature of the claim?** _____    $ **$1,098.59**

**As of the date you file, the claim is:** Check all that apply
☐    Contingent
☐    Unliquidated
■    Disputed
☐    None of the above apply

**Does the creditor have a lien on your property?**

■    No
☐    Yes. Total claim (secured and unsecured)    $ _____

Contact
_____
Contact phone
_____

Value of security:         - $ _____
Unsecured claim            $ _____

---

**20**

**Walmart/Synchrony Bank**
**P.O. Box 530927**
**Atlanta, GA 30353-0927**

**What is the nature of the claim?** _____    $ **$469.36**

**As of the date you file, the claim is:** Check all that apply
☐    Contingent
☐    Unliquidated
■    Disputed

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 6

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Donald Michael Allan**                                     Case number *(if known)* _____

☐    None of the above apply

**Does the creditor have a lien on your property?**

Contact _____

■    No

☐    Yes. Total claim (secured and unsecured)   $ _____

Value of security:   - $ _____

Contact phone _____

Unsecured claim   $ _____

---

**Part 2:   Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X    **/s/ Donald Michael Allan**                              X _____
     **Donald Michael Allan**                                      Signature of Debtor 2
     Signature of Debtor 1

Date    **July 17, 2019** _____            Date _____

B 104 (Official Form 104)     For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     Page 7

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

# United States Bankruptcy Court
## District of Delaware

In re   __Donald Michael Allan__

Debtor(s)

Case No.

Chapter   __11__

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   __July 17, 2019__

__Donald Michael Allan__
Signature of Debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy