Certificate Number: 14751-DE-CC-033079427



14751-DE-CC-033079427

## CERTIFICATE OF COUNSELING

I CERTIFY that on <u>July 8, 2019</u>, at <u>9:10</u> o'clock <u>PM PDT</u>, <u>Donald M Allan</u> received from <u>$0$ BK Class Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>District of Delaware</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>July 8, 2019</u>     By: <u>/s/AMEY AIONO</u>

     Name: <u>AMEY AIONO</u>

     Title: <u>Certified Credit Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. 109(h) and 521(b).