# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Cheryl | Date Created: 7/17/2019 |
| Case: 19−11574−LSS | Form ID: van313 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
ust     U.S. Trustee     USTPRegion03.WL.ECF@USDOJ.GOV
aty     Shannon Dougherty Humiston     shumiston@mccarter.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Donald Michael Allan     15914 Willow Creek Rd.     Lewes, DE 19958

TOTAL: 1