**Exhibit 1**

**List of Potential Parties in Interest**

**Debtor**

Donald M. Allan

**Insiders**

Allan Jr., Donald M.
Allan, Lori
Allan, Tiara
Beaches Seafood Market & Restaurant, LLC
Shea, Rachele
Willow Creek Homes, LLC

**Debtor's Other Professionals**

PKS & Company, P.A.

**Creditors and Other Parties in Interest**

18226 Coastal Revex, LLC
American Express Company
AT&T
BBR Investments LLC
Bierman Family LLC
Capital One
Santander Consumer USA Inc. d/b/a
    Chrysler Capital
Cindy's Glass Tinting
Citibank, N.A.
Citizens Bank, N.A.
Comenity/Boscov's
Credit One Bank
First Premier Bank
George Sherman Corporation
Gladwin, B. William
Hackendorn, Edward
Hackendorn, Electrica
Jennings, Bonnie
Lavelle, James
Lincoln Financial Group
Luxury Motors of Rehoboth Beach
Mercedes-Benz Financial Service USA LLC

Merrick Bank
Nelson, Dave
Northern Insurance Co. of New York
Patel, Pragnesh
REICO
Retail Capital Partners, LLC
Rizzi, Francesco
Rizzi, Rita
Security Instrument
State of Delaware
Synchrony Bank
United States of America, Internal Revenue
    Service
Verna, Fritz
Wyoming Millwork Co.

**Insurer(s)**

Selective Insurance Co. of South Carolina

**Employer**

NVR Inc. d/b/a Ryan Homes

**US Trustee, Judges, and court contacts for the District of Delaware (and key staff members)**

Attrix, Lauren
Buchbinder, David
Carey, Kevin J.
Casey, Linda
Dice, Holly
Dorsey, John T.
Dortch, Shakima L.
Fox, Timothy J., Jr.
Giordano, Diane
Green, Christine
Gross, Kevin
Hackman, Benjamin
Heck, Jeffrey
Kenny, Mark
Leamy, Jane M.

**US Trustee, Judges, and court contacts for the District of Delaware (and key staff members) (cont'd)**

McCollum, Hannah M.
O'Malley, James R.
Owens, Karen B.
Panacio, Michael
Richenderfer, Linda
Sarkessian, Juliet
Schepacarter, Richard
Serrano, Edith A.
Shannon, Brendan L.
Silverstein, Laurie Selber
Sontchi, Christopher S.
Starr, Karen
Tinker, T. Patrick