**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re Allan

Case No. 19-11574 (LSS)
Reporting Period: July 17, 2019 - July 31, 2019

**MONTHLY OPERATING REPORT - Individual Debtor(s)**
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | | X | None paid during this period |
| Copies of bank statements | | X | | |
| Cash disbursements journals | | X | | |
| Statement of Operations | MOR-2 | | X | See schedule of cash receipts and disbursements |
| Balance Sheet | MOR-3 | | X | See schedules |
| Status of Postpetition Taxes | MOR-4 | | X | Debtor is current on all tax payments and filings. Debtor has an extension until October 2019 to file his 2018 tax return. |
| Copies of IRS Form 6123 or payment receipt | | | X | Not applicable |
| Copies of tax returns filed during reporting period | | | X | None filed during reporting period |
| Summary of Unpaid Postpetition Debts | MOR-4 | | X | All post-petition debts are current |
| Listing of aged accounts payable | MOR-4 | | X | All post-petition debts are current |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | X | Not applicable |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

/s/ Donald M. Allan                    8/20/2019
Signature of Debtor                    Date

_____         _____
Signature of Joint Debtor               Date

_____         _____
Signature of Authorized Individual*     Date

_____         Authorized
Printed Name of Authorized Individual   Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

**In re Allan**
             Debtor

## CASH RECEIPTS AND DISBURSEMENTS - Individual Debtor(s)

Amounts reported should be per the debtor's books / checkbook, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed / case was converted. Attach bank statements and a detailed list of all disbursements made during the reporting period that includes the date, check number, payee, transaction description, and the amount. A bank reconciliation must be attached for each account.

|  | CURRENT MONTH | CUMULATIVE FILING TO DATE |
|---|---|---|
| **CASH BEGINNING OF MONTH** | $250.30 | $250.30 |
| **RECEIPTS** | | |
| Wages (Net) | $7,757.00 | $7,757.00 |
| Interest and Divident Income | | $0.00 |
| Alimony & Child Support | | $0.00 |
| Social Security and Pension Income | | $0.00 |
| Sale of Assets | | $0.00 |
| OTHER (ATTACH LIST) | $3,000.00 | $3,000.00 |
| TOTAL RECEIPTS | $10,757.00 | $10,757.00 |
| **DISBURSEMENTS** | | |
| Mortgage Payment(s) | $7,976.62 | $7,976.62 |
| Rental Payment(s) (residence) | | |
| Utilities | | $0.00 |
| Insurance | $1,928.00 | $1,928.00 |
| Auto Expense | $323.05 | $323.05 |
| Insurance | | $0.00 |
| Food and Household Expenses | | $0.00 |
| Personal Case Products & Services | | $0.00 |
| Medical and Dental Expenses | | $0.00 |
| Childcare / Children's Education | | $0.00 |
| Clothing, Laundry, Dry Cleaning | | $0.00 |
| Charitable Contributions | | $0.00 |
| Taxes | | $0.00 |
| Alimony, Child Support, Garnishments | | $0.00 |
| OTHER (ATTACH LIST) | | $0.00 |
| | | |
| PROFESSIONAL FEES | | $0.00 |
| U.S. TRUSTEE QUARTERLY FEES | | $0.00 |
| COURT COSTS | | $0.00 |
| **TOTAL DISBURSEMENTS** | $10,227.67 | $10,227.67 |
| | | |
| **NET CASH FLOW** | $529.33 | $529.33 |
| (RECEIPTS LESS DISBURSEMENTS) | | |
| | | |
| **CASH - END OF MONTH** | $779.63 | $779.63 |

**THE FOLLOWING SECTION MUST BE COMPLETED**

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) | | |
|---|---|---|
| **TOTAL DISBURSEMENTS** | $10,227.67 | $10,227.67 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (e.g. from escrow accounts) | | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $10,227.67 | $10,227.67 |

FORM MOR-1
(04/07)

| | |
|---|---|
| In re Allan | Case No.: 19-11574 (LSS) |
| Debtor | Reporting Period: July 17, 2019 - July 31, 2019 |

## BANK RECONCILIATIONS
**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

| | Operating | | Payroll | | Tax | | Other | |
|---|---|---|---|---|---|---|---|---|
| | # | | # | | # | | # | |
| **BALANCE PER BOOKS** | | $779.63 | | | | | | |
| BANK BALANCE | | $8,756.25 | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | $7,976.62 | | | | | | |
| OTHER (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | $779.63 | | | | | | |
| * Adjusted bank balance must equal | | | | | | | | |
| balance per books | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
| | N/A | $1,191.00 | | | | | | |
| | N/A | $1,909.87 | | | | | | |
| | N/A | $2,841.32 | | | | | | |
| | N/A | $2,034.43 | | | | | | |
| **OTHER** | | | | | | | | |

FORM MOR-1a
(04/07)



**Small Business Online Banking**

# Account Details

### Checking 5017 / $8,756.25

As of Aug 01, 2019

| | |
|---|---|
| Available Balance | $8,756.25 |
| Posted Balance: | $8,756.25 |
| Average Statement Cycle Balance: | $2,023.33 |
| Interest Paid (YTD): | N/A |
| Interest Rate: | N/A |
| Routing Number: | show |
| Account Number: | ******5017 show |

Manage My Alerts
Buy QuickBooks

## Transaction Details

| Date | Type | Check # | Description | Debit (-) | Credit (+) | Daily Posted Balance[1] |
|---|---|---|---|---|---|---|
| 07/31/2019 | Debit | | SELECTIVE SELECTIVE PMT 000001087624575 INTERNET PAYMENT | $1,928.00 | | $8,756.25 |
| 07/30/2019 | Credit | | TRANSFER FROM CHECKING *********2273 07-30-19 BB&T BUSINESS ONLINE TRANSFER | | $3,000.00 | $10,684.25 |
| 07/29/2019 | Debit | | PAYMENT CHRYSLER CAPITAL 8933333 TELEPHONE PAYMENT | $323.05 | | $7,684.25 |
| 07/26/2019 | Credit | | COUNTER DEPOSIT View | | $7,757.00 | $8,007.30 |

Your Pending Transactions and Available Balance will be adjusted during our nightly processing cycle as activity is posted to your account.

Transactions are paid from your Available Balance at the time of posting consistent with payment guidelines in your Bank Service Agreement.

1Daily Posted Balance: The posted balance after nightly processing is completed. Please note that transactions are paid from your Available Balance consistent with our payment guidelines, and that the Available Balance may be different than your Daily Posted Balance. Important: The Daily Posted Balance does not reflect all pending transactions and fees and should not be used to determine how overdraft fees were assessed.

Understanding deposits and balances

Online Banking Support: 888-BBT-ONLINE (888-228-6654)    Credit Cards: 800-476-4228

Customer Service  |  Contact Us  |  Privacy and Security  |  Disclosures

© 2019, Branch Banking and Trust Company. Member FDIC. All Rights Reserved.

# TheCadleCompany
## & Affiliates
### A RMA CERTIFIED COMPANY

**Payment Confirmation Page**

Local Time: 7:59:55 AM
July 30, 2019

SSL Certificate

[Print This Page]

**Thank You!** This confirms that you have authorized payment for the total amount of $1191.00 on bank account ending in 5017 on 2019-07-30 at 05:00:39 Pacific Standard Time.

Your confirmation number is 517218.

Thank you for making your payment to The Cadle Company and Affiliates.

[Make Another Payment]

All Contents © Copyright 2014 National Payment Services All Rights Reserved.

Privacy Policy | Terms and Conditions of Use

# TheCadleCompany
## & Affiliates
A RMA CERTIFIED COMPANY

SSL Certificate                    **Payment Confirmation Page**                    July 30, 2019

[Print This Page]

**Thank You!** This confirms that you have authorized payment for the total amount of $1909.87 on bank account ending in 5017 on 2019-07-30 at 05:02:25 Pacific Standard Time.

Your confirmation number is 517219.

Thank you for making your payment to The Cadle Company and Affiliates.

[Make Another Payment]

All Contents © Copyright 2014 National Payment Services. All Rights Reserved.          Privacy Policy | Terms and Conditions of Use |

# TheCadleCompany
## & Affiliates
### A RMA CERTIFIED COMPANY

[SSL](#) Certificate

**Payment Confirmation Page**

Local Time: 8:03:18 AM
July 30, 2019

Print This Page

**Thank You!** This confirms that you have authorized payment for the total amount of $2841.32 on bank account ending in 5017 on 2019-07-30 at 05:04:03 Pacific Standard Time.

Your confirmation number is 517220.

Thank you for making your payment to The Cadle Company and Affiliates.

Make Another Payment

All Contents © Copyright 2014 National Payment Services All Rights Reserved.

Privacy Policy | Terms and Conditions of Use

# TheCadleCompany
## & Affiliates
### A RMA CERTIFIED COMPANY

SSL Certificate

**Payment Confirmation Page**

Local Time: 8:04:53 AM
July 30, 2019

Print This Page

**Thank You!** This confirms that you have authorized payment for the total amount of $2034.43 on bank account ending in 5017 on 2019-07-30 at 05:05:38 Pacific Standard Time.

Your confirmation number is 517221.

Thank you for making your payment to The Cadle Company and Affiliates.

Make Another Payment

All Contents © Copyright 2014 National Payment Services All Rights Reserved.

Privacy Policy  |  Terms and Conditions of Use |

In re Allan  
    Debtor

Case No.: 19-11574 (LSS)  
Reporting Period: July 17, 2019 - July 31, 20

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | | |
| + Amounts billed during the period | | |
| - Amounts collected during the period | | |
| Total Accounts Receivable at the end of the reporting period | | |
| | | |
| **Accounts Receivable Aging** | **Amount** | |
| 0 - 30 days old | | |
| 31 - 60 days old | | |
| 61 - 90 days old | | |
| 91+ days old | | |
| Total Accounts Receivable | | |
| Amount considered uncollectible (Bad Debt) | | |
| Accounts Receivable (Net) | | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | X* | |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below | X | |
| 4. Are necessary insurance coverages in effect to protect assets? If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | X | |

*Certain post-petition transfers were made by the Debtor's wife from the joint bank account but they were not from assets of the Debtor's estate or to pay debts owed by the Debtor.  Moreover, the Debtor has taken action to ensure that future automatic insurance payments have been transferred to his wife's personal checking account.

FORM MOR-5  
(04/07)