UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re Allan

Case No. 19-11574 (LSS)
Reporting Period: September 1 - September 30, 2019

MONTHLY OPERATING REPORT - Individual Debtor(s)
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | | X | None paid during this period |
| Copies of bank statements | | X | | |
| Cash disbursements journals | | X | | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | MOR-4 | | X | Debtor is current on all tax payments and filings. Debtor has an extension until October 2019 to file his 2018 tax return. |
| Copies of IRS Form 6123 or payment receipt | | | X | Not applicable |
| Copies of tax returns filed during reporting period | | | X | None filed during reporting period |
| Summary of Unpaid Postpetition Debts | MOR-4 | | X | All post-petition debts are current |
| Listing of aged accounts payable | MOR-4 | | X | All post-petition debts are current |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | X | Not applicable |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

/s/ Donald M. Allan                          10/22/2019
Signature of Debtor                          Date


Signature of Joint Debtor                    Date


Signature of Authorized Individual*          Date


Printed Name of Authorized Individual        Authorized Individual


*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

In re Allan
　　　　　Debtor

## CASH RECEIPTS AND DISBURSEMENTS - Individual Debtor(s)

Amounts reported should be per the debtor's books / checkbook, not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the first report,  the amount should be the balance on the date the petition was filed / case was converted.   Attach bank statements and a detailed list of all disbursements made during the reporting period that includes the date, check number, payee, transaction description, and the amount.  A bank reconciliation must be attached for each account.

|  | CURRENT MONTH | CUMULATIVE FILING TO DATE |
|---|---|---|
| **CASH BEGINNING OF MONTH** | $294.23 |  |
| **RECEIPTS** |  |  |
| Wages (Net) | $11,772.50 | $25,840.18 |
| Interest and Divident Income |  | $0.00 |
| Alimony & Child Support |  | $0.00 |
| Social Security and Pension Income |  | $0.00 |
| Sale of Assets |  | $0.00 |
| OTHER (ATTACH LIST) | $7,500.00 | $11,500.00 |
| TOTAL RECEIPTS | $19,272.50 | $37,340.18 |
| **DISBURSEMENTS** |  |  |
| Mortgage Payment(s) | $8,945.66 | $17,891.32 |
| Rental Payment(s) (residence) |  |  |
| Utilities |  | $0.00 |
| Insurance | $2,188.18 | $5,070.81 |
| Auto Expense | $5,861.46 | $12,056.92 |
| Insurance |  | $0.00 |
| Food and Household Expenses | $14.00 | $14.00 |
| Personal Case Products & Services |  | $0.00 |
| Medical and Dental Expenses |  | $0.00 |
| Childcare / Children's Education |  | $0.00 |
| Clothing, Laundry, Dry Cleaning |  | $0.00 |
| Charitable Contributions |  | $0.00 |
| Taxes |  | $0.00 |
| Alimony, Child Support, Garnishments |  | $0.00 |
| OTHER (ATTACH LIST) |  | $0.00 |
|  |  |  |
| PROFESSIONAL FEES |  | $0.00 |
| U.S. TRUSTEE QUARTERLY FEES |  | $0.00 |
| COURT COSTS |  | $0.00 |
| **TOTAL DISBURSEMENTS** | $17,009.30 | $35,033.05 |
|  |  |  |
| **NET CASH FLOW** | $2,263.20 | $2,307.13 |
| (RECEIPTS LESS DISBURSEMENTS) |  |  |
|  |  |  |
| **CASH - END OF MONTH** | $2,557.43 |  |

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH ACTUAL COLUMN) | | |
|---|---|---|
| **TOTAL DISBURSEMENTS** | $17,009.30 | $35,033.05 |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (e.g. from escrow accounts) |  |  |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $17,009.30 | $35,033.05 |

FORM MOR-1
(04/07)

| In re Allan | Case No.: 19-11574 (LSS) |
|---|---|
| Debtor | Reporting Period: September 1 - September 30, 2019 |

## BANK RECONCILIATIONS
**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

| | Operating | | Payroll | | Tax | | Other | |
|---|---|---|---|---|---|---|---|---|
| | # | | # | | # | | # | |
| **BALANCE PER BOOKS** | | $294.23 | | | | | | |
| BANK BALANCE | | $294.23 | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | | | | | | | |
| OTHER (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | $294.23 | | | | | | |
| * Adjusted bank balance must equal balance per books | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
| **OTHER** | | | | | | | | |

FORM MOR-1a
(04/07)




```
402-29-01-00  40203  0 C 001 01   50 004
DONALD  M  ALLAN

15914  WILLOW  CREEK  RD
LEWES  DE   19958-3618
```

# Your account statement
For 09/05/2019

**Contact us**

 BBT.com

 (800) BANK-BBT or (800) 226-5228

**Fraud Can Happen Anywhere to Anyone**

BB&T will NEVER call or email and ask you to verify your one-time passcode, PIN, password, or login information in an unsolicited phone call or text. Update your contact information and set up alerts in U by BB&T. Find more tips at BBT.com/Security.

BB&T, Member FDIC.

If you are traveling outside of the USA and have concerns about accessing your account while you are traveling, please contact your Branch Banker or call us at 800-BANK BBT.

■ BRIGHT BANKING 0005250535017

**Account summary**

| | |
|---|---:|
| Your previous balance as of 08/05/2019 | $779.63 |
| Checks | - 969.04 |
| Other withdrawals, debits and service charges | - 8,693.04 |
| Deposits, credits and interest | + 17,390.68 |
| Your new balance as of 09/05/2019 | = $8,508.23 |

Average Posted Balance in Statement Cycle    $2,198.00

**Checks**

| DATE | CHECK # | AMOUNT($) |
|---|---|---:|
| 08/20 | 629 | 969.04 |
| Total checks | | = $ 969.04 |

**Other withdrawals, debits and service charges**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 08/13 | TELEPHONE PAYMENT 8555635635 WU CHRYSLER CAPI 0304724 | 475.32 |
| 08/14 | TELEPHONE PAYMENT PAYMENT   CHRYSLER CAPITAL 2736244 | 438.23 |
| 08/15 | TELEPHONE PAYMENT WU SPDY   FEE Mercedes 5000293696001 | 15.00 |
| 08/15 | TELEPHONE PAYMENT WU SPDY   WU Mercedes 5000293696001 | 1,425.46 |
| 08/19 | TELEPHONE PAYMENT PAYMENT   CHRYSLER CAPITAL 2391539 | 626.97 |
| 08/19 | TELEPHONE PAYMENT PAYMENT   CHRYSLER CAPITAL 1409662 | 1,142.73 |
| 08/22 | TELEPHONE PAYMENT PAYMENT   CHRYSLER CAPITAL 0020688285 | 1,425.65 |
| 08/23 | TELEPHONE PAYMENT PaymentJPM Lincoln Fin Grp LFGINS000091865 | 336.18 |
| 08/28 | TELEPHONE PAYMENT PAYMENT   CHRYSLER CAPITAL 8933333 | 323.05 |
| 08/30 | INTERNET PAYMENT INSURANCE   FIRST INSURANCE 900-90479023 | 618.45 |
| 09/04 | DEBIT CARD PURCHASE GULF OIL 92059111 09-03 DAGSBORO   DE 9535 | 14.00 |
| 09/04 | INTERNET PAYMENT SELECTIVE   SELECTIVE PMT 0000001099985188 | 1,852.00 |
| Total other withdrawals, debits and service charges | | = $8,693.04 |

■ PAGE 1 OF 3

0000316

■ BRIGHT BANKING 0005250555017 (continued)

## Overdraft and Returned Item Fees

| | TOTAL THIS STATEMENT PERIOD($) | TOTAL YEAR-TO-DATE ($) |
|---|---|---|
| Total Overdraft Fees* | 0.00 | 0.00 |
| Total Returned Item Fees | 0.00 | 576.00 |
| Refunds for Overdraft/Returned Item Fees | 0.00 | 0.00 |

*Total Overdraft Fees include Overdraft Fees and Negative Account Balance Fees.

## Deposits, credits and interest

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 08/13 | COUNTER DEPOSIT | 6,310.68 |
| 08/22 | BB&T BUSINESS ONLINE TRANSFER TRANSFER FROM CHECKING 0005158642273 08-22-19 | 1,000.00 |
| 09/03 | BB&T BUSINESS ONLINE TRANSFER TRANSFER FROM CHECKING 0005158642273 09-03-19 | 3,000.00 |
| 09/05 | COUNTER DEPOSIT | 3,080.00 |
| 09/05 | BB&T BUSINESS ONLINE TRANSFER TRANSFER FROM CHECKING 0005158642273 09-05-19 | 4,000.00 |
| Total deposits, credits and interest | | = $17,390.68 |


## Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-800-BANK BBT (1-800-226-5228) 24 hours a day, 7 days a week. BB&T Care Center Associates are available to assist you from 6 a.m. until midnight ET. You may also contact your local BB&T financial center. To locate a BB&T financial center in your area, please visit BBT.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**
Services such as Bill Payments and Zelle® are subject to the terms and conditions governing those services, which may not provide an error resolution process in all cases. Please refer to the terms and conditions for those services.

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-800-226-5228 or write to:
Fraud Management
P.O. Box 1014
Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Constant Credit Account**
Once advances are made from your Constant Credit Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the 'Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the 'Average daily balance."

**Billing Rights Summary**
**In case of errors or questions about your Constant Credit statement**
If you think your statement is incorrect, or if you need more information about a Constant Credit transaction on your statement, please call 1-800-BANK BBT or visit your local BB&T financial center. To dispute a payment, please write to us on a separate sheet of paper at the following address:
Bankcard Services Division
PO Box 200
Wilson NC 27894-0200

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights. In your letter, please provide the following information:
- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question; you are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Mail-in deposits**
If you wish to mail a deposit, please send a deposit ticket and check to your local BB&T financial center. Visit BBT.com to locate the BB&T financial center closest to you. Please do not send cash.

**Change of address**
If you need to change your address, please visit your local BB&T financial center or call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228).

| How to Reconcile Your Account | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|
| | Date/Check # | Amount | Date/Check # | Amount |
| 1. List the new balance of your account from your latest statement here: | | | | |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | |
| 3. Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | | | | |
| 4. Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | Outstanding Deposits and Other Credits (Section B) | | | |
| | Date/Type | Amount | Date/Type | Amount |
| 5. Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | | | | |

For more information, please contact your local BB&T branch, visit BBT.com or contact us at 1-800 BANK BBT (1-800-226-5228). MEMBER FDIC



Page 1 of 3    10/03/19
MD    0005250535017



**BB&T**

DONALD M ALLAN
15914 WILLOW CREEK RD
LEWES DE 19958-3618

# Your account statement
For 10/03/2019

**Contact us**
 BBT.com
 (800) BANK-BBT or (800) 226-5228

**October is National Cybersecurity Awareness Month**

Protecting your information and identity is our priority. BB&T will never call or send unsolicited emails or texts asking you to provide, update or verify your personal or account information, such as:

- User ID or passwords
- Social Security numbers
- PIN
- Credit or check card numbers
- Account information

If you receive an email that appears to be from BB&T and requests confidential personal information, don't respond to the message and report it to us at InternetFraud@BBandT.com. If you suspect you are a victim of fraud, call 800-BANK-BBT (800-226-5228).

Avoid scams with the help of our cybersecurity checklist and other tips on BBT.com/security.

BB&T Member FDIC.

If you are traveling outside of the USA and have concerns about accessing your account while you are traveling, please contact your Branch Banker or call us at 800-BANK BBT.

---

■ **BRIGHT BANKING** 0005250535017

**Account summary**

| | |
|---|---:|
| Your previous balance as of 09/05/2019 | $8,508.23 |
| Checks | - 8,945.66 |
| Other withdrawals, debits and service charges | - 8,600.09 |
| Deposits, credits and interest | + 17,790.10 |
| Your new balance as of 10/03/2019 | = $8,752.58 |

Average Posted Balance in Statement Cycle    $4,548.00

**Checks**

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---:|---|---|---:|---|---|---:|
| 09/11 | 630 | 1,191.00 | 09/11 | 632 | 2,841.32 | 09/25 | 634 | 969.04 |
| 09/11 | 631 | 1,909.87 | 09/11 | 633 | 2,034.43 | | | |

Total checks = $8,945.66

**Other withdrawals, debits and service charges**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 09/16 | TELEPHONE PAYMENT PAYMENT CHRYSLER CAPITAL 2736244 | 438.23 |

continued

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 09/16 | TELEPHONE PAYMENT PAYMENT   CHRYSLER CAPITAL 0304724 | 464.37 |
| 09/17 | TELEPHONE PAYMENT WU SPDY    FEE Mercedes 5000293696001 | 15.00 |
| 09/17 | TELEPHONE PAYMENT WU SPDY    WU Mercedes 5000293696001 | 1,425.46 |
| 09/20 | TELEPHONE PAYMENT PAYMENT   CHRYSLER CAPITAL 2391539 | 626.97 |
| 09/20 | TELEPHONE PAYMENT PAYMENT   CHRYSLER CAPITAL 1409662 | 1,142.73 |
| 09/23 | TELEPHONE PAYMENT PAYMENT   CHRYSLER CAPITAL 0020688285 | 1,425.65 |
| 09/26 | TELEPHONE PAYMENT PREM PYMT *LINCOLN NAT LIF T400016121 | 336.18 |
| 09/30 | TELEPHONE PAYMENT PAYMENT   CHRYSLER CAPITAL 8933333 | 323.05 |
| 10/01 | INTERNET PAYMENT INSURANCE  FIRST INSURANCE 900-90479023 | 618.45 |
| 10/03 | INTERNET PAYMENT SELECTIVE  SELECTIVE PMT 000001111389901 | 1,784.00 |
| Total other withdrawals, debits and service charges | | = $8,600.09 |

### Overdraft and Returned Item Fees

| | TOTAL THIS STATEMENT PERIOD($) | TOTAL YEAR-TO-DATE ($) |
|---|---|---|
| Total Overdraft Fees* | 0.00 | 0.00 |
| Total Returned Item Fees | 0.00 | 576.00 |
| Refunds for Overdraft/Returned Item Fees | 0.00 | 0.00 |

*Total Overdraft Fees include Overdraft Fees and Negative Account Balance Fees.

### Deposits, credits and interest

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 09/13 | BB&T BUSINESS ONLINE TRANSFER TRANSFER FROM CHECKING 0005158642273 09-13-19 | 500.00 |
| 09/16 | COUNTER DEPOSIT | 480.00 |
| 09/16 | COUNTER DEPOSIT | 5,382.50 |
| 09/24 | COUNTER DEPOSIT | 2,830.00 |
| 10/01 | COUNTER DEPOSIT | 8,597.60 |
| Total deposits, credits and interest | | = $17,790.10 |


## Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-800-BANK BBT (1-800-226-5228) 24 hours a day, 7 days a week. BB&T Care Center Associates are available to assist you from 6 a.m. until midnight ET. You may also contact your local BB&T financial center. To locate a BB&T financial center in your area, please visit BBT.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**
Services such as Bill Payments and Zelle® are subject to the terms and conditions governing those services, which may not provide an error resolution process in all cases. Please refer to the terms and conditions for those services.

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-800-226-5228 or write to:

Fraud Management
P.O. Box 1014
Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Constant Credit Account**
Once advances are made from your Constant Credit Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the 'Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the 'Average daily balance."

**Billing Rights Summary**
**In case of errors or questions about your Constant Credit statement**
If you think your statement is incorrect, or if you need more information about a Constant Credit transaction on your statement, please call 1-800-BANK BBT or visit your local BB&T financial center. To dispute a payment, please write to us on a separate sheet of paper at the following address:

Bankcard Services Division
PO Box 200
Wilson NC 27894-0200

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights. In your letter, please provide the following information:
- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question; you are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Mail-in deposits**
If you wish to mail a deposit, please send a deposit ticket and check to your local BB&T financial center. Visit BBT.com to locate the BB&T financial center closest to you. Please do not send cash.

**Change of address**
If you need to change your address, please visit your local BB&T financial center or call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228).

| How to Reconcile Your Account | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|
| 1. List the new balance of your account from your latest statement here: | Date/Check # | Amount | Date/Check # | Amount |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | |
| 3. Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | | | | |
| 4. Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | Outstanding Deposits and Other Credits (Section B) | | | |
| 5. Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | Date/Type | Amount | Date/Type | Amount |

For more information, please contact your local BB&T branch, visit BBT.com or contact us at 1-800 BANK BBT (1-800-226-5228). MEMBER FDIC

PAGE 3 OF 3

0000340

| In re Allan | | Case No.: 19-11574 (LSS) |
|---|---|---|
| | Debtor | Reporting Period: September 1 - September 30, 2019 |

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | $19,272.50 | $37,340.18 |
| Less: Returns and Allowances | $17,009.30 | $35,033.05 |
| Net Revenue | $2,263.20 | $2,307.13 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | $294.23 | $544.53 |
| Add: Purchases | | |
| Add: Cost of Labor | $11,772.50 | $25,840.18 |
| Add: Other Costs (attach schedule) | | |
| Less: Ending Inventory | $2,263.20 | $2,557.43 |
| Cost of Goods Sold | | |
| Gross Profit | $9,803.53 | $23,827.28 |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | $5,423.23 | $11,618.69 |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | | |
| Insider Compensation* | | |
| Insurance | $2,188.18 | $5,070.81 |
| Management Fees/Bonuses | | |
| Office Expense | | |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | | |
| Rent and Lease Expense (Mortgage payments) | $8,945.66 | $17,891.32 |
| Salaries/Commissions/Fees | | |
| Supplies | | |
| Taxes - Payroll | | |
| Taxes - Real Estate | | |
| Taxes - Other | | |
| Travel and Entertainment | $14.00 | |
| Utilities | | |
| Other (attach schedule) | | |
| Total Operating Expenses Before Depreciation | | |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | $16,571.07 | $34,580.82 |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | $7,500.00 | $11,500.00 |
| Interest Expense | | |
| Other Expense (attach schedule) | | |
| Net Profit (Loss) Before Reorganization Items | $732.46 | $746.46 |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | $732.46 | $746.46 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-2
(04/07)

| | |
|---|---|
| In re Allan | Case No.: 19-11574 (LSS) |
| Debtor | Reporting Period:  September 1 - September 30, 2019 |

## STATEMENT OF OPERATIONS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Month | Cumulative Filing to Date |
|---|---:|---:|
| **Other Costs** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Operational Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Income** | | |
| Disbursement - Beachse Seafood Market & Restaurant, LLC | $7,500.00 | $11,500.00 |
| | | |
| | | |
| | | |
| | | |
| **Other Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

| In re Allan | | Case No.: 19-11574 (LSS) |
|---|---|---|
| Debtor | | Reporting Period: September 1 - September 30, 2019 |

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION / CONVERSION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | $2,557.43 | |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | |
| Accounts Receivable (Net) | | |
| Notes Receivable | | |
| Inventories | | |
| Prepaid Expenses | | |
| Professional Retainers | See Retention Applications | |
| Other Current Assets (attach schedule) | See Schedules | |
| *TOTAL CURRENT ASSETS* | $2,557.43 | $ |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | See Schedules | |
| Machinery and Equipment | See Schedules | |
| Furniture, Fixtures and Office Equipment | See Schedules | |
| Leasehold Improvements | | |
| Vehicles | See Schedules | |
| Less Accumulated Depreciation | | |
| *TOTAL PROPERTY & EQUIPMENT* | $2,557.43+ scheduled amounts | $ |
| **OTHER ASSETS** | | |
| Loans to Insiders* | | |
| Other Assets (attach schedule) | | |
| *TOTAL OTHER ASSETS* | 0 | $ |
| **TOTAL ASSETS** | $2,557.43+ scheduled amounts | See Schedules |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | |
| Accounts Payable | | |
| Taxes Payable (refer to FORM MOR-4) | | |
| Wages Payable | | |
| Notes Payable | | |
| Rent / Leases - Building/Equipment | | |
| Secured Debt / Adequate Protection Payments | | |
| Professional Fees | | |
| Amounts Due to Insiders* | | |
| Other Postpetition Liabilities (attach schedule) | | |
| *TOTAL POSTPETITION LIABILITIES* | Paid in the ordinary course | $ |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | |
| Secured Debt | See Schedules | |
| Priority Debt | | |
| Unsecured Debt | | |
| *TOTAL PRE-PETITION LIABILITIES* | $ | $ |
| | | |
| *TOTAL LIABILITIES* | See Schedules | $ |
| **OWNER EQUITY** | | |
| Capital Stock | | |
| Additional Paid-In Capital | | |
| Partners' Capital Account | | |
| Owner's Equity Account | | |
| Retained Earnings - Pre-Petition | | |
| Retained Earnings - Postpetition | | |
| Adjustments to Owner Equity (attach schedule) | | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | | |
| *NET OWNER EQUITY* | N/A | $ |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | See Schedules | See Schedules |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-3
(04/07)

| In re Allan | | Case No.: 19-11574 (LSS) |
|---|---|---|
| | Debtor | Reporting Period: September 1 - September 30, 2019 |

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | | |
| + Amounts billed during the period | | |
| - Amounts collected during the period | | |
| Total Accounts Receivable at the end of the reporting period | | |
| | | |
| **Accounts Receivable Aging** | **Amount** | |
| 0 - 30 days old | | |
| 31 - 60 days old | | |
| 61 - 90 days old | | |
| 91+ days old | | |
| Total Accounts Receivable | | |
| Amount considered uncollectible (Bad Debt) | | |
| Accounts Receivable (Net) | | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below | X | |
| 4. Are necessary insurance coverages in effect to protect assets? If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |